KIRK B. LENHARD
Nevada Bar No. 1437
JEFFREY S. RUGG
Nevada Bar No. 10987
LAURA E. BIELINSKI
Nevada Bar No. 10516
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
klenhard@BHFS.com
jrugg@BHFS.com
lbielinski@BHFS.com

*Attorneys for Defendants EchoStar Corporation, Charles W. Ergen, Michael T. Dugan, R. Stanton Dodge, Tom A. Ortolf, C. Michael Schroeder, Anthony M. Federico, Pradman P. Kaul and Joseph P. Clayton.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, Derivatively on Behalf of Nominal Defendant, ECHOSTAR CORP,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES W. ERGEN, MICHAEL T. DUGAN, R. STANTON DODGE, TOM A. ORTOLF C. MICHAEL SCHROEDER, ANTHONY M. FEDERICO, PRADMAN P. KAUL, JOSEPH P. CLAYTON,<br><br>Defendants,<br><br>and<br><br>ECHOSTAR CORP.,<br><br>Nominal Defendant | Case No: 2:13-cv-00325-LDG-GWF<br><br>**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 7-2.1** |

The undersigned counsel of record for Defendants EchoStar Corporation, Charles W. Ergen, Michael T. Dugan, R. Stanton Dodge, Tom A. Ortolf, C. Michael Schroeder, Anthony M. Federico, Pradman P. Kaul and Joseph P. Clayton files the Notice, pursuant to Local Rule 7-2.1, of a related case in this District.

On December 5, 2012, thirteen days *before* this case was filed in the United States District Court for the District of Colorado, a case bearing the caption *Greg Jacobi v. Ergen, et al.*, Case No 2:12-cv-02075-JCM-GWF (the "Jacobi Case") was filed in this Court.

The Jacobi Case, like this case, is a stockholder derivative action brought on behalf of nominal defendant, EchoStar Corporation ("EchoStar"). Both cases name members of EchoStar's board of directors as defendants. Specifically, Charles W. Ergen, Michael T. Dugan, R. Stanton Dodge, Tom A. Ortolf, C. Michael Schroeder and Joseph P. Clayton are named as defendants in both cases. This case also names Anthony M. Federico and Pradman P. Kaul as defendants while the Jacobi Case also names David K. Moskowitz as a defendant.

Both cases concern the same transaction – the attempted grant of options to purchase 1.5 million shares of EchoStar's Class A Common Stock to Mr. Ergen by EchoStar's Compensation Committee on March 31, 2011.

Both cases involve similar questions or fact and the same questions of law, including whether the requirement in Federal Rule of Civil Procedure 23.1 of a pre-suit demand was excused, whether the defendants breached their fiduciary duties and whether the stockholder plaintiff is entitled to any relief or an award of attorney's fees. The assignment of both cases to the same district court judge and magistrate judge is likely to effect a substantial savings of judicial effort and avoid potentially inconsistent judgments. Additionally, reassignment of this case to the judge overseeing the earlier filed Jacobi Case would avoid the substantial duplication of labor that would result if the actions were heard by different judges.

| | |
|---|---|
| DATED this 6th day of March, 2013 | Respectfully submitted, |
| | BROWNSTEIN HYATT FARBER SCHRECK |
| | By: /s/ Jeffrey S. Rugg |
| | Kirk B. Lenhard, Esq., NV Nar No. 1437<br>Jeffrey S. Rugg, Esq., NV Bar No. 10978<br>Laura E. Bielinski, Esq., NV Bar No. 10516<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 |
| | *Attorneys for Defendants EchoStar Corporation, Charles W. Ergen, Michael T. Dugan, R. Stanton Dodge, Tom A. Ortolf, C. Michael Schroeder, , Anthony M. Federico, Pradman P. Kaul and Joseph P. Clayton.* |

014415\0005\1805792.1           3

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 7-2.1** was served via electronic service on March 6, 2013, to the addresses shown below:

Kip B. Shuman
Rusty E. Glenn
The Shuman Law Firm
885 Arapahoe Avenue
Boulder, Colorado 80302

Eric L. Zagar
Robin Winchester
Matthew A. Goldstein
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

*Attorneys for Plaintiff*

/s/ Karen Mandall
an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

014415\0005\1805792.1                         4