# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, Derivately on Behalf of Nominal Defendant, ECHOSTAR CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES W. ERGEN, *et al*.,<br><br>    Defendants. | Case No. 2:13-cv-00325-LDG (GWF)<br><br>**ORDER** |

       In December, 2012, *Jacobi v. Ergen, et al.,* Case No. 2:12-cv-02075-JCM (GWF) was filed in this district and is currently being heard by Judge James C. Mahan.  Several weeks later, the instant case (which concerns the same underlying transaction, and involves similar questions of law and fact) was filed in the District of Colorado.  On the joint motion of plaintiff and defendants, the District of Colorado transferred this matter to this district.  In their Notice of Related Cases (#28) and their Joint Status Report (#32) the parties have jointly requested that this matter be reassigned to the same district judge and magistrate judge before which *Jacobi* is proceeding.  The parties indicate that such

reassignment would serve the interest of all parties, would result in judicial economy, and would avoid a substantial duplication of labor.  Therefore, for good cause shown,

      THE COURT **ORDERS** that the Clerk of the Court shall REASSIGN this matter to Judge James C. Mahan for all further proceedings.

DATED this \_\_29\_\_ day of March, 2013.

_____
Lloyd D. George
United States District Judge