UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Chester County Employees' Retirement Fund, Derivatively on Behalf of Nominal Defendant, EchoStar Corp., <br><br> Plaintiff <br><br> v. <br><br> Charles W. Ergen, et al., <br><br> Defendants | Case No.: 2:13-cv-0325-JAD-GWF <br><br> **Order Directing Status Report** |

This shareholder-derivative suit challenges actions taken by the EchoStar Corp. board of directors and is related to the earlier-filed action, *Jacobi v. Ergen et al.*, 2:12-cv-02075-JAD-GWF. In April 2014, with a motion to dismiss *Jacobi* pending, the parties stipulated to stay this case until the *Jacobi* motions were resolved.[1] They further agreed "to meet and confer and submit for the Court's consideration a proposed schedule for further proceedings within 60 days after the issuance of an order ruling on the motion to dismiss" in *Jacobi*.

Today I dismissed the claims in *Jacobi* for the second time and without leave to amend. Because the purpose for the stay no longer exists, IT IS HEREBY ORDERED that the temporary stay **[ECF 58] is LIFTED**. The parties must file a joint status report by **May 16, 2016**, advising how or if they intend to proceed with this action.

DATED March 17, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 58.

1